

# Farrell Fritz, P.C.

1320 RexCorp Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

**John P. McEntee**
Partner

Direct Dial 516.227.0608
Direct Fax 516.336.2219
jmcentee@farrellfritz.com

Our File No.
21601-100

September 25, 2009

**BY ECF**
Hon. Michael L. Orenstein
United States Magistrate Judge
United States District Court
100 Federal Plaza, Room 844
Central Islip, New York 11722-4449

Re: **CB Richard Ellis, Inc. v. Binder & Binder, P.C.,
No. 08-CV-0136 (JS) (MLO)**

Dear Magistrate Judge Orenstein:

We represent plaintiff CB Richard Ellis, Inc. ("CBRE") in the above matter. On consent of defendant Binder & Binder, P.C. ("Binder"), we write to respectfully request a thirty-day adjournment of the September 30 deadline for requesting a pre-motion conference.

The purpose of the proposed adjournment is for the parties to pursue potential settlement of this matter. The parties previously exchanged a settlement demand and counter offer. A short adjournment of the upcoming deadline will facilitate further settlement communications. In particular, CBRE will make a further settlement demand in the coming days, and it anticipates a prompt response from Binder. It is our hope that at the expiration of the requested thirty-day period, the parties will know whether a settlement is likely. In the meantime, we respectfully submit that a short adjournment furthers the interests of judicial economy and the avoidance of unnecessary expense.

Respectfully submitted,

___/S/_____
John P. McEntee

JPM/fcm

cc: All Counsel of Record (via ECF)

Interwoven\1162007.1

Bridgehampton • East Hampton • Melville • New York