

# Farrell Fritz, P.C.

1320 RexCorp Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

**John P. McEntee**
Partner

Direct Dial 516.227.0608
Direct Fax 516.336.2219
jmcentee@farrellfritz.com

Our File No.
21601-100

October 29, 2009

**BY ECF**
Hon. Michael L. Orenstein
United States Magistrate Judge
United States District Court
100 Federal Plaza, Room 844
Central Islip, New York 11722-4449

> Re: **CB Richard Ellis, Inc. v. Binder & Binder, P.C.,
> No. 08-CV-0136 (JS) (MLO)**

Dear Magistrate Judge Orenstein:

We represent plaintiff CB Richard Ellis, Inc. ("CBRE") in the above matter. On consent of defendant Binder & Binder, P.C. ("Binder"), we write to respectfully request an additional thirty-day adjournment of the deadline for requesting a pre-motion conference.

The initial deadline for requesting a pre-motion conference was September 30. On September 25, we filed a letter on consent of Binder requesting a thirty-day adjournment to pursue potential settlement of this matter. On September 30, the Court granted an adjournment to October 30. Since the Court's Order, the parties have exchanged a revised settlement demand and discussed Binder's response to the demand. We respectfully submit that a final thirty-day adjournment to continue settlement discussions may lead to a settlement of this matter.

Respectfully submitted,

John P. McEntee

JPM/fcm

cc: All Counsel of Record (via ECF)

Interwoven\1232513.1
Bridgehampton • East Hampton • Melville • New York